No. 10–6306. LABOY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–6307. LEWIS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 10–6308. VILLA v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–6309. WASHINGTON v. HARRELSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–6310. WEBB v. KERN, JUDGE, CIRCUIT COURT OF SOUTH DAKOTA, PENNINGTON COUNTY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–6312. LIGHTFOOT v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6313. CHUNG KAO v. SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO COUNTY, ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–6317. MARSHALL v. FRIEND ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–6359. WYNTER v. NEW YORK. Sup. Ct. N. Y., Nassau County. Certiorari denied.

No. 10–6382. TURNER v. DZURENDA, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 10–6439. WASHINGTON v. PROPES. C. A. 4th Cir. Certiorari denied.

No. 10–6451. TOWERS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–6473. PRICE v. SHEWALTER, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 10–6477. CHAVEZ v. HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.